**Milton M. Hermann, et al., Counterplaintiffs-Appellants, v. Roy G. Rowlen, et al., Counterdefendants-Appellees.**

**Gen. No. 53,387.** 

First District, Second Division.

September 15, 1970.

 Albert Koretzky, of Chicago, for appellants; Lubershane and Langer, of Chicago, for appellees. Opinion by JUSTICE LYONS. **Not to be published in full.**